377 A.2d 984

Commonwealth, Appellant, v. Creciun.

Argued June 16, 1977. Eric J. Cox, Assistant District Attorney, with him William T. Nicholas, District Attorney, for Commonwealth, appellant; Edwin P. Smith, for appellee.

Order affirmed.

VAN der VOORT, J., dissents.

---

377 A.2d 985

Commonwealth v. Griffith, Appellant.

Argued June 20, 1977. William J. Ward, with him Agulnick, Talierco, McShane & Supplee, for appellant; Gregory J. Dean, and Meneses & Dean, submitted a brief for Commonwealth, appellee.

Order affirmed.